## 29588. TAYLOR v. SMITH.

NICHOLS, Chief Justice.

This case is controlled by the decision in *Baker v. Smith,* 233 Ga. 644.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 17, 1975 — DECIDED FEBRUARY 11, 1975.

*Robert W. Harrison, Jr.,* for appellant.
*W. Glenn Thomas, District Attorney,* for appellee.